**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2368

DONTE R. WILLIAMS,

             Plaintiff - Appellant,

      v.

LAW OFFICE OF JOHN W. CONRAD III, LLC; JOHN W. CONRAD, III;
GINA NOGLE,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:12-cv-03050-RDB)

Submitted:  April 10, 2013          Decided:  April 12, 2013

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donte R. Williams, Appellant Pro Se.  John W. Conrad, III, LAW
OFFICE OF JOHN W. CONRAD III, LLC, Towson, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donte R. Williams appeals the district court's order dismissing his civil action for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(h)(3). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Law Office of John W. Conrad III, LLC, No. 1:12-cv-03050-RDB (Oct. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED